FILED

08/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0242

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0242

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JOURNEY RYDER JOHN WIENKE,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing, Court Reporter Kendra A. Steppler is granted an extension of time to and including October 1, 2020, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 3 2020